UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Memduh Ceri

v. Case No. 26-cv-128-SE

Chris Brackett, et al

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Chief Judge Samantha D. Elliott dated March 04, 2026; and
2. Endorsed Order by Chief Judge Samantha D. Elliott dated April 23, 2026.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: April 24, 2026